UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LISN COMPANY | ) | Case No. 05-63881 |
| | ) | |
| Debtor. | ) | Honorable Judge Bruce W. Black |
| | ) | |

## FINAL DECREE AND ORDER CLOSING CASE

Upon the motion dated December 14, 2007 (the "Motion"), wherein The Orius Liquidation Trust (the "Trust"), by and through Lori Lapin Jones, not individually but solely in her capacity as Trustee of the Orius Liquidation Trust moved this Court for a Final Decree and Order pursuant to 11 U.S.C. § 350(a) and Federal Rule of Bankruptcy Procedure 3022 closing the Affected Debtors' chapter 11 cases; it appearing to the Court that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 156(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors; (iv) proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and (v) upon the record herein after due deliberation thereon, that the Motion should be granted as set forth below:

1.  The Court hereby enters this Final Decree and Order ordering that the liquidation cases of the Affected Debtors be and hereby are closed. Accordingly, the cases of NATG Holdings, LLC (Case No. 05-63884), Orius Telecom Services, Inc. (Case No. 05-63886), Orius Central Office Services, Inc. (Case No. 05-63889), Texor, Inc. (Case No. 05-63888), CATV Subscriber Services, Inc. (Case No. 05-63877), Hattech, Inc. (Case No. 05-63880), Channel

CH11 1440649v.1

Communications, Inc. (Case No. 05-63878), LISN, Inc. (Case No. 05-63883), and LISN Company (Case No. 05-63881) are hereby closed.

2. Nothing contained herein or in the Motion shall be construed as the Trust's abandonment of any Transferred Asset (as defined in the Motion). All Transferred Assets shall remain vested in the Trust, notwithstanding the entry of this Order. This Court shall retain sole jurisdiction to the full extent that retention thereof is legally permissible for all purposes set forth in sections 12.1(a) through 12.1(q) of the Plan.

Dated:    Chicago, Illinois
          December __19__, 2007

_____
United States Bankruptcy Judge

CHI1 1440649v.1

2